```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0097--CR (JWS)
                                "USA V WILKINS FURMENT ET AL"
                                   DEF 1.1 FURMENT, WILKINS

                    Including terminated defendants, excluding terminated counsel


      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  10/19/05
              Closed:  NO
  No. of Defendants:  2
     MJ Case Number:  A05-0181--MJ
                 AKA:
     Location status:  U.S. Custody
          Trial date:  12/19/05
          Terminated:  NO
   Needs interpreter:  NO
    Counsel of record: Robert M. Herz
                       425 G Street, Suite 600
                       Anchorage, AK 99501
                       907-277-7171
                       FAX 907-277-0281
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record:  Frank V. Russo
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513
                       907-271-5071
                       FAX 907-271-3224
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial


   Counts re: DEF 1.1 FURMENT, WILKINS

   Document         Count    Citation and Description                              Disposition

       1 -    1 IND   1      21:846 & 841(b)(1)(A)&(B) DRUG CONSPIRACY (F)         Pending

       1 -    1 IND   2      21:841(a)(1) & (b)(1)(A) DISTRIBUTION OF COCAINE      Pending
                             BASE (F)

       1 -    1 IND   3      21:841(a)(1) & (b)(1)(C) DISTRIBUTION OF COCAINE      Pending
                             (F)

       1 -    1 IND   4      21:841(a)(1) & (b)(1)(C) DISTRIBUTION OF COCAINE      Pending
                             (F)

       1 -    1 IND   5      21:841(a)(1) & (b)(1)(C) POSSESSION A CONTROLLED      Pending
                             SUBSTANCE WITH INTENT TO DISTRIBUTE (F)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0097--CR (JWS)
                             "USA V WILKINS FURMENT ET AL"
                              DEF 1.1 FURMENT, WILKINS

              Including terminated defendants, excluding terminated counsel


   1 -  1 IND    6      21:841(a)(1) & (b)(1)(C) POSSESSION A CONTROLLED        Pending
                        SUBSTANCE WITH INTENT TO DISTRIBUTE (F)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0097--CR (JWS)
                              "USA V WILKINS FURMENT ET AL"
                           DEF 2.1 MOTA-RIJO, FRANK ENRIQUE

               Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 10/19/05
            Closed: NO
No. of Defendants:  2
    MJ Case Number: A05-0181--MJ
               AKA:
   Location status: U.S. Custody
        Trial date:
        Terminated: NO
Needs interpreter:  NO
 Counsel of record: David R. Weber
                    Vasquez & Weber PC
                    943 W. 6th Avenue, Suite 132
                    Anchorage, AK 99501
                    907-279-9122
                    FAX 907-279-9123
                    Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Frank V. Russo
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   FAX 907-271-3224
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial
```

Counts re: DEF 2.1 MOTA-RIJO, FRANK ENRIQUE

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846 & 841(b)(1)(A)&(B) DRUG CONSPIRACY (F) | Pending |
| 1 - 1 IND | 2 | 21:841(a)(1) & (b)(1)(A) DISTRIBUTION OF COCAINE BASE (F) | Pending |
| 1 - 1 IND | 3 | 21:841(a)(1) & (b)(1)(C) DISTRIBUTION OF COCAINE (F) | Pending |
| 1 - 1 IND | 4 | 21:841(a)(1) & (b)(1)(C) DISTRIBUTION OF COCAINE (F) | Pending |
| 1 - 1 IND | 5 | 21:841(a)(1) & (b)(1)(C) POSSESSION A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Pending |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0097--CR (JWS)
                            "USA V WILKINS FURMENT ET AL"
                            DEF 2.1 MOTA-RIJO, FRANK ENRIQUE

                    Including terminated defendants, excluding terminated counsel


   1 -   1 IND    6        21:841(a)(1) & (b)(1)(C) POSSESSION A CONTROLLED      Pending
                           SUBSTANCE WITH INTENT TO DISTRIBUTE (F)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0097--CR (JWS)
"USA V WILKINS FURMENT ET AL"

For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 10/19/05
           Closed: NO
No. of Defendants: 2
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 10/19/05 | [Re: DEF 1-2] PLF 1 Indictment. |
| NOTE - | 1 | 10/20/05 | Notation: Proposed Trial Date Setting for arr to USDJ re: DEFS 1 & 2. |
| 2 - | 1 | 10/20/05 | [Re: DEF 1-2] JDR Grand Jury Minutes re: no bail set, set for arr & notify USM & cnsl; def in federal custody, ACCE. |
| 3 - | 1 | 10/20/05 | [Re: DEF 1-2] Documents 2 - 14 transferred from: A05-181 MJ (JDR) to A05-097 CR (JWS) w/att docs. |
| 4 - | 1 | 10/20/05 | [Re: DEF 1] JDR Minute Order setting arr on Indt on 10/24/05 @ 9:30 a.m.. cc: USA, R. Herz, USM, USPO |
| 5 - | 1 | 10/20/05 | [Re: DEF 2] JDR Minute Order setting arr on Indt on 10/24/05 @ 10:00 a.m.. cc: USA, D. Weber, USM, USPO |
| 6 - | 1 | 10/24/05 | [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held 10/24/05); def plead not guilty to Cts 1-6 of the Indt; def's det cont; meet and confer by 10/26/05, ptm's due 11/14/05; TBJ set for 12/19/05 at 9:00 a.m. before USDJ John W. Sedwick, FPTC set for 12/19/05 at 8:30 a.m.; cc: USA, R. Herz, USM, USPO, JC, Judge Sedwick. |
| 7 - | 1 | 10/24/05 | [Re: DEF 2] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held 10/24/05); def plead not guilty to Cts 1-6 of the Indt; def's det cont; meet and confer by 10/26/05, ptm's due by 11/14/05; TBJ set for 12/19/05 at 9:00 a.m. before USDJ John W. Sedwick, FPTC set for 12/19/05 at 8:30 a.m.; cc: USA, D. Weber, USM, USPO, JC, Judge Sedwick. |
| 8 - | 1 | 10/24/05 | [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet & confer 10/26/05; PTM's due 11/14/05. cc: USA, R. Herz |
| 9 - | 1 | 10/24/05 | [Re: DEF 2] JDR Order regarding preparation for trial re cnsl to meet & confer by 10/26/05; PTM's due 11/14/05. cc: USA, D. Weber |
| 10 - | 1 | 10/25/05 | [Re: DEF 1-2] JWS Minute Order setting TBJ on 12/19/05 @ 9:00 a.m. & FPTC set 12/19/05 @ 8:30 a.m.. cc: USA, R. Herz, D. Weber, USM, USPO, MJ Roberts, JC |
| 11 - | 1 | 10/26/05 | [Re: DEF 1-2] PLF 1 Discovery Conference Certificate. |
| 12 - | 1 | 10/27/05 | {SEALED} |
| 12 - | 2 | 10/31/05 | {SEALED} |
| 13 - | 1 | 11/04/05 | DEF 1 motion for bail hearing. |
| 14 - | 1 | 11/07/05 | [Re: DEF 1] JDR Order granting motion for bail hearing (13-1); Bail Hrg set for 11/16/05 at 10:30 a.m. cc: USA, R. Herz, USM, USPO |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0097--CR (JWS)
"USA V WILKINS FURMENT ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 15 - | 1 | 11/15/05 | DEF 2 motion to suppress "no knock" search. |
| 16 - | 1 | 11/15/05 | DEF 2 motion to reveal the deal. |
| 17 - | 1 | 11/15/05 | DEF 2 motion for bill of particulars. |
| 18 - | 1 | 11/15/05 | DEF 2 motion to suppress unlawful recordings/eavesdropping. |
| 19 - | 1 | 11/15/05 | DEF 2 motion pertaining to confidential informants. |
| 20 - | 1 | 11/15/05 | DEF 2 motion for production & inspection of law enforcement officer records. |
| 21 - | 1 | 11/15/05 | DEF 2 motion for discovery of "defendant's statements." |
| 22 - | 1 | 11/15/05 | DEF 2 motion to suppress car search. |
| 23 - | 1 | 11/15/05 | DEF 2 motion to require disclosure of 404(b) evidence. |
| 24 - | 1 | 11/15/05 | DEF 2 motion to sever trial from that of co-defendant. |
| 25 - | 1 | 11/16/05 | [Re: DEF 2] JDR Minute Order setting evid hrg on DEF 2's mot to suppress "no-knock" & mot to suppress car search on 11/28/05 @ 9:30 a.m.; govt's oppos due by 4:00 p.m. on 11/23/05. cc: USA, R. Herz, D. Weber, USM |
| 26 - | 1 | 11/16/05 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: bail review hrg held 11/16/05; oral mot to rls def w/conds denied; det cont as prev set. cc: USA, R. HERZ, USM, USPO |
| 27 - | 1 | 11/18/05 | DEF 2 Notice of Intent to change plea. |
| 28 - | 1 | 11/23/05 | [Re: DEF 2] JDR Minute Order re in light of the notice of intent to change plea, the evident hrg prev set for 11/28 is VACATED. cc: USA, D. Weber, USM, USPO |
| 29 - | 1 | 11/29/05 | [Re: DEF 2] PLF 1 Notice of filing related Info (A05-0109 CR (JWS)). |
| 30 - | 1 | 11/30/05 | [Re: DEF 2] Cert cy JWS Minute Order vacating DEF 2's 12/2/05 FPTC & TBJ & setting arr/EOP in A05-0109 CR (JWS). cc: USA, D. Weber, USM, USPO, MJ Roberts, JC |