FILED
DEC 0 7 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA, )
    Plaintiff, )
 )
vs. )
 )
WILKINS FURMENT, )
    Defendant. )
_____ )

Case No. A05-0097-01 CR (JWS)

### ORDER

It is so ordered. The substitution of counsel is granted. Lance C. Wells is now the attorney of record for Defendant named above. Any discovery including but not limited to police reports, audio tapes and photographs received to date shall be forwarded to Mr. Wells within the next five days.

Date: 12-7-05

JOHN D. ROBERTS
U.S. Magistrate Judge

A05-0097--CR (JWS)    pm 12/7/05
-------------------------------
✓ R. HERZ
✓ L. WELLS
✓ F. RUSSO (USA)
✓ FPD (CJA CLERK)

LAW OFFICES
OF LANCE
CHRISTIAN WELLS
*A Professional Corporation*
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 274-9696
Fax (907) 277-9859

I certify that on the 5 day of Dec, 05, a true and correct copy of the foregoing was served by mail on Weber
L. Russo

33

Sub. of Counsel      2