FILED
US DISTRICT COURT
DISTRICT OF ALASKA
2005 DEC 12 AM 11: 33

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA, )
    Plaintiff, )
)
vs. )
)
WILKINS FURMENT, )
    Defendant. )
_____ )    Case No. A05-097 CR (JWS)

### MOTION FOR CHANGE OF PLEA DATE

COMES NOW the Defendant named above by and through counsel Lance C. Wells, Esq. and hereby moves this court for a change of plea date in the above captioned matter. A plea agreement has been reached with the USA which resolves this matter in its entirety and will be subsequently filed under seal. A proposed order is attached hereto.

Dated: 12/12/05                Law Offices of Lance C. Wells, P.C.

By: _____
Lance C. Wells, Esq.
AK Bar #9206043

I certify that on 12 of Dec 05, a true and correct copy of the foregoing was served by Courier on MSO

LAW OFFICES
OF LANCE
CHRISTIAN WELLS
*A Professional
Corporation*
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 274-9696
Fax (907) 277-9859

Motion for Change of Plea Date    1

34