

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>   v.   <u>WILKINS FURMENT (D-1)</u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                CASE NO. <u>A05-0097-01 CR (JWS)</u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 13, 2005

    The above-referenced matter had been set on for a jury trial to commence on December 19, 2005, before Judge Sedwick at Anchorage, Alaska. This matter is now RESCHEDULED for a proposed change of plea on Thursday, December 15, 2005, at 8:30 a.m..

    The December 19, 2005, final pre-trial conference and trial by jury are hereby VACATED.

12/13/05 t/c notice: USA, L. Wells, USPO, JC

[]{IK2.WPD*Rev.12/96}

35