WILKINS FURMENT
13477-066
Taft Correctional Institution
PO Box 7001 A4D
Taft, California 93268

Defendant/Appellant, **In Pro Se**

RECEIVED

JUN 0 5 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff/Appellee, )<br>  )<br>v.   )<br>  )<br>WILKINS FURMENT, )<br>    Defendant/Appellant. )<br>_____ ) | CASE NO. A05-0097-01 CR |

**DEFENDANT'S MOTION TO TERMINATE
LEGAL REPRESENTATION AND PROCEED
IN PRO SE ON APPEAL PENDING
SUBSTITUTION OF LEGAL COUNSEL**

COMES NOW, Defendant/Appellant, Wilkins Furment, appearing **in pro se**, and respectfully moves this Honorable Court for its order to terminate the legal representation of Defendant's counsel, Lance Wells, Esq., and for Defendant to proceed **in pro se** on appeal pending his engagement of new counsel.

Defendant alleges that Mr. Wells' continued representation of Defendant creates a conflict of, and a divergance of interest between Defendant and counsel.

Further, counsel has overtly ignored, and refused to acknowledge any written or verbal requests made by Defendant, including but not limited to the filing of Defendant's Notice of Appeal [filed **in pro se**, on or about March 6, 2006], and Defendant's request for documents and files necessary to timely and properly proceed on appeal.

Wherefore, Defendant urges the Court to grant his motion and further order

1

Lance Wells, Esq. to immediately turn over all files and records pertaining to Defendant's criminal case, to Defendant, as Defendant directs.

Further, Defendant has made previous written requests for copies of his Case Docket, and Notice of Appeal from the Court Clerk, to which there has been no response. Defendant respectfully moves that the Court order the Clerk to provide a copy of the Court documents requested.

Respectfully submitted,

Dated: April 16, 2007

_____
Wilkins Furment, pro se
Defendant/Appellant

## CERTIFICATE OF SERVICE

I, Wilkins Furment, hereby certify that I have served a true and correct copy of Defendant's Motion To Terminate Legal Representation and Proceed In Pro Se On Appeal Pending Substitution Of Legal Counsel, which is deemed filed at the time it was deposited with prison authorities for forwarding by U.S. Mail at Taft Correctional Institution which has no separate system for inmate legal mail [Houston v. Lack, 487 U.S. 266, 276, 108 S.Ct. 2379 (1988), by placing same in a sealed, first class postage pre-paid envelope, addressed to:

Frank Russo, AUSA
222 West 7th Ave, #9
Anchorage, Alaska 99513

Lance Wells, Esq.
733 W. 4th Ave. Suite 308
Anchorage, Alaska 99501

and depositing same in the institution's mail service at Taft Correctional Institution at Taft, California.

I declare under penalty of perjury [Title 28 U.S.C. §1746], that the foregoing is true and correct.

Dated this 16th day of April, 2007.

*/s/ Wilkins F*
Wilkins Furment




Wilkins Furment
13477-066
Taft Correctional Institution
PO Box 7001 A4D
Taft, California 93268

7005 2570 0000 5038 6279

U.S. District Court Clerk
Federal Building
222 W 7th Ave.
Anchorage, Alaska 99513

RETURN RECEIPT REQUESTED
CERTIFIED MAIL