NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>WILKINS FURMENT,<br><br>　　　　　　　Defendant. | )　No. 3:05-cr-00097-JWS-1<br>)<br>)<br>)　**MOTION TO UNSEAL**<br>)　**TRANSCRIPT OF PROPOSED**<br>)　**CHANGE OF PLEA HEARING**<br>)<br>)　**FILED ON SHORTENED TIME**<br>)<br>)<br>)<br>) |

COMES NOW the United States of America, by and through counsel and hereby moves this court for an order unsealing the transcripts of the proposed change of plea proceeding held on December 15, 2005, at docket 37, in the above-captioned case for the purpose of providing counsel with a transcript for use in the event that the court orders the United States to respond to the Defendant's Motion to Vacate Order of Judgment Entered by Fraud and Defendant's Withdrawal of Plea Agreement, filed on June 4, 2007, at docket 67.

The government therefore requests that the transcript be ordered unsealed solely for the purpose of obtaining the transcript for use in the event that the court orders the government to respond to the defendant's motion at docket 67.

RESPECTFULLY SUBMITTED this 6th day of June, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Frank V. Russo
FRANK V. RUSSO
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@usdoj.gov

**Certificate of Service**
I certify that a copy of the foregoing
*Motion* was sent via U.S. Postal Service to:

Wilkins Furment
13477-066
Taft Correctional Institution
P.O. Box 7001 A4D
Taft, CA 93268

I certify that a copy of the forgoing
*Motion* was sent electronically through
ECF to:

Lance C. Wells
lwells@gci.net

s/Danielle Newberry
Legal Assistant

U.S. v Furment
3:05-cr-00097-JWS-1                    2