Wilkins Furment, **pro se**
Name  13477-006
Taft Correctional Institution
PO Box 7001 A4D
Taft, California 93268
Address

_____
Telephone Number

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

WILKINS FURMENT,

      **Plaintiff/Petitioner,**

CASE NO.  3:07-cv-00114-JWS
            3:05-cr-00097-JWS

vs,

**MOTION FOR APPOINTMENT OF COUNSEL**

UNITED STATES OF AMERICA,

      **Defendant/Respondent.**

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: June 20, 2007

                                                                    /s/ Wilkins Furment
                                                                Plaintiff/Petitioner
                                                                Wilkins Furment, **pro se**

## CERTIFICATE OF SERVICE

   I, Wilkins Furment, here by certify that I have served a true and correct copy of **Motion For Appointment Of Counsel,** which is deemed filed at the time it was deposited with prison authorities for forwarding by U.S. Mail at Taft Correctional Institution which has no separate system for inmate legal mail [**Houston v. Lack, 487 U.S. 266, 276, 108 S.Ct. 2379 (1988),** by placing same in a sealed, first class postage pre-paid envelope, addressed to:

        Frank Russo, AUSA
        222 West 7th Ave.
        #9
        Anchorage, Alaska 99513

and depositred same in the institution's mail service at Taft Correctional Institution at Taft, California.

   I decalre under penalty of perjury [Title 28 U.S.C. §1746], that the foregoing is true and correct.

Dated this 20th day of June 2007.

                                                                    /s/ Wilkins Furment
                                                                    Wilkins Furment