IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                               )<br>          Plaintiff,          )<br>                               )<br>                               )<br>     v.                        )<br>                               )<br>WILKINS FURMENT                )<br>                               )<br>          Defendant.           )<br>_____) | CASE NO: A05-097 CR (JWS) |

**EXPEDITED AND ON SHORTENED TIME**
**UNOPPOSED MOTION FOR CONTINUANCE**

**EXCLUDABLE DELAY:**
**A period of excludable delay under 18 U.S.C. 3161(h) may**
**occur as the result of the filing/granting/denying of this motion.**

Defendant, Wilkins Furment, through his counsel, Hugh W. Fleischer, moves this court for an order providing a continuance of the time within which to file an amended petition, to wit: August 6, 2007 to October 8, 2007

This motion is based upon the fact that the undersigned counsel has just received a voluminous file regarding this matter and is scheduled to attend the ABA Annual Meeting and has a business trip to Oklahoma during the last week in August and preparation for a civil trial in State Court in September, 2007.

Frank Russo, Assistant U.S. Attorney, on behalf of the government, advises that the plaintiff does not oppose this

motion.

DATED this 7th day of August, 2007.

LAW OFFICES OF HUGH W. FLEISCHER

By: <u>S/ Hugh W. Fleischer</u>
    Hugh W. Fleischer
    Attorney for Mr. Furment
    310 K. St., Suite 200
    Anchorage, AK 99501
    907-264-6635
    907-264-6602-Fax
    hfleisch@aol.com

<u>CERTIFICATE OF SERVICE</u>

I certify that on the 7th day of July, 2007, a true copy of the foregoing was delivered electronically to the following counsel:
Frank Russo
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567

<u>S/ Hugh W. Fleischer</u>

9562/524