IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| WILKINS FURMENT ) | |
| Defendant. ) | CASE NO: A05-097 CR (JWS) |
| _____ ) | |

### ORDER

Defendant, Wilkins Furment, having moved for an unopposed motion for continuance until October 8, 2007.

IT IS ORDERED that such Motion is granted and that the amended motion is due on or before October 8, 2007.


DATED this ____ day of August, 2007.


_____
JAMES K. SINGLETON
U.S. DISTRICT JUDGE

9570\501