NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00097-1-JWS-JDR |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED FIRST** |
| | ) | **MOTION TO CONTINUE** |
| vs. | ) | **DEADLINE TO RESPOND** |
| | ) | **TO DEFENDANT'S § 2255** |
| WILKINS FURMENT, | ) | **PETITION** |
| | ) | |
| Defendant. | ) | **FILED ON SHORTENED** |
| | ) | **TIME** |

COMES NOW, the United States of America, by and through undersigned counsel, and moves this Court to continue the deadline by thirty days for the United States to respond to the defendant's petition pursuant to 28 U.S.C. § 2255.

In sum, because counsel will be out of the state for a significant amount of time during the month on November, it is requested that this Court grant a thirty day continuance in this matter. No other motions for continuance have been filed by the government in this matter. Defense counsel, Hugh Fleischer, is unopposed to this motion.

RESPECTFULLY SUBMITTED this 2nd day of November, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Frank V. Russo
Assistant U. S. Attorney
Federal Building &U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2007, a copy of the foregoing *GOVERNMENT'S MOTION TO CONTINUE* was served electronically on Hugh Fleischer.

s/Frank V. Russo
Office of U.S. Attorney