IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00097-1-JWS-JDR |
| | ) | |
| Plaintiff, | ) | **[PROPOSED]** |
| | ) | **ORDER ON MOTION TO** |
| vs. | ) | **CONTINUE DEADLINE TO** |
| | ) | **RESPOND TO** |
| WILKINS FURMENT, | ) | **DEFENDANT'S § 2255** |
| | ) | **PETITION** |
| Defendant. | ) | |
| | ) | |
| | ) | |

Having considered the motion filed by the United States to continue the deadline to respond to the defendant's § 2255 petition, in the above-captioned matter, IT IS HEREBY ORDERED that the response will be due on _____, 2007.

**IT IS SO ORDERED**.

DATED this _____ of November, 2007, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE