EXHIBIT A

<u>FILED UNDER SEAL</u>

Case 3:05-cr-00097-JWS-JDR   Document 82-2   Filed 12/10/2007   Page 1 of 1