**(USAAK)**

**From:** cmecfmail@akd.uscourts.gov
**Sent:** Tuesday, June 20, 2006 1:51 PM
**To:** cmecfmail@akd.uscourts.gov
**Subject:** Activity in Case 3:05-cr-00097-JWS USA v. Furment et al "Sentencing "

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Alaska

Notice of Electronic Filing

The following transaction was received from AMK, entered on 6/20/2006 at 1:50 PM ADT and filed on 6/20/2006
**Case Name:** USA v. Furment et al
**Case Number:** 3:05-cr-97
**Filer:**
**Document Number:** 57

**Docket Text:**
Minute Entry for proceedings held before Judge John W. Sedwick :Sentencing held on 6/20/2006 for Wilkins Furment (1). Notice of appeal form given to defendant. Court and counsel heard re presentence report. Wilkins Furment sworn and testified on his own behalf. Alvin Kennedy sworn and testified on behalf of the plaintiff; plaintiff's exhibits 1 and 2 ADMITTED. Arguments heard. Court stated findings/reasons pursuant to sentencing guidelines. Allocution heard. Count(s) 1, 120 months imposed, 5 years supervised release w/special conditions as stated in the judgment, $100.00 special assessment, court recommends that the defendant participate in the 500 hour drug and alcohol program; Court and counsel heard re plaintiff's oral motion to dismiss counts 2 thru 6 of the Indictment GRANTED; Count(s) 2, 3-4, 5-6, dismissed. Appeal rights given. List of Witnesses and Exhibits filed separately. Exhibits retained by counsel. (Court Recorder AMK.) Government Counsel-Frank Russo; Defense ! Counsel-Lance Wells; USPO/PTS Officer-Barbara Burton. Defendant Present In Custody. cc: USM, USPO.(AMK, )

The following document(s) are associated with this transaction:

**3:05-cr-97-1 Notice will be electronically mailed to:**

Frank V. Russo   Frank.Russo@usdoj.gov, Kristine.O' Neill@usdoj.gov; usaak.ecf@usdoj.gov

Lance C. Wells   lwells@gci.net, tamerity@alaska.com

**3:05-cr-97-1 Notice will be delivered by other means to:**

6/20/2006