LAW OFFICES OF HUGH W. FLEISCHER
310 K. Street, Suite 200
Anchorage, Alaska 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>WILKINS FURMENT )<br><br>Defendant. )<br>_____ ) | CASE NO: A05-097 CR (JWS) |

**EXPEDITED, BELATED AND ON SHORTENED TIME**
**UNOPPOSED MOTION FOR CONTINUANCE**

**EXCLUDABLE DELAY:**
**A period of excludable delay under 18 U.S.C. 3161(h) may**
**occur as the result of the filing/granting/denying of this motion.**

Defendant, Wilkins Furment, through his counsel, Hugh W. Fleischer, moves this court for an order providing a continuance of the time within which to file Mr. Wilkins Affidavit. The Minute Entry, dated January 8, 2008, had been misplaced in this office and a copy of the same was electronically delivered to this office on this date by the U.S. Attorney's Office.

This motion is based upon the fact that the

undersigned counsel has a Federal trial next week and other obligations that necessitate a continuance to February 25, 2008. Such will allow communication with Mr. Furment in California and obtain the Affidavit in a timely fashion.

Crandon Randell, Assistant U.S. Attorney, on behalf of the government, advises that the government does not oppose this motion.

DATED this 24th day of January, 2008.


LAW OFFICES OF HUGH W. FLEISCHER


By: S/ Hugh W. Fleischer
      Hugh W. Fleischer
      Attorney for Mr. Furment
      310 K. St., Suite 200
      Anchorage, AK 99501
      907-264-6635
      907-264-6602-Fax
      hfleisch@aol.com


CERTIFICATE OF SERVICE

I certify that on the 24th day of January, 2008, a true copy of the foregoing was delivered electronically to the following counsel:

Crandon Randell
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567


S/ Hugh W. Fleischer

9570/504

2