IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>        )<br>    Plaintiff,        )<br>        )<br>    vs.        )<br>        )<br>WILKINS FURMENT        )<br>    Defendant.        )<br>_____ )  | CASE NO: A05-097 CR (JWS) |

**ORDER**

Defendant, Wilkins Furment, having moved for an unopposed motion for continuance until February 25, 2008.

IT IS ORDERED that such Motion is granted and that the defendant's affidavit is due on or before February 25, 2008.

DATED this ____ day of January, 2008.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

9570\505