LAW OFFICES OF HUGH W. FLEISCHER
310 K. Street, Suite 200
Anchorage, Alaska 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,          )<br>                              )<br>                              )<br>          v.                  )<br>                              )<br> WILKINS FURMENT              )<br>                              )<br>          Defendant.          )<br> _____) | CASE NO: A05-097 CR (JWS) |

**EXPEDITED, BELATED AND ON SHORTENED TIME
UNOPPOSED MOTION FOR CONTINUANCE**

**EXCLUDABLE DELAY:
A period of excludable delay under 18 U.S.C. 3161(h) may
occur as the result of the filing/granting/denying of this motion.**

Defendant, Wilkins Furment, through his counsel, Hugh W. Fleischer, moves this court for an order providing a continuance of the time within which to file Mr. Wilkins Affidavit from February 25 to March 25, 2008.

This motion is based upon the fact that the undersigned counsel has difficulty reaching Mr. Furment. Such will allow communication with Mr. Furment in California and obtain the Affidavit in a timely fashion.

Karen L. Loeffler, Criminal Division Chief of U.S. Attorney, on behalf of the government, advises that the government does not oppose this motion.

DATED this 25th day of February, 2008.

LAW OFFICES OF HUGH W. FLEISCHER

By: S/ Hugh W. Fleischer
    Hugh W. Fleischer
    Attorney for Mr. Furment
    310 K. St., Suite 200
    Anchorage, AK 99501
    907-264-6635
    907-264-6602-Fax
    hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 25th day of February, 2008, a true copy of the foregoing was delivered electronically to the following counsel:

Karen L. Loeffler
Criminal Div. Chief, U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567


S/ Hugh W. Fleischer

         9570/504

Case 3:05-cr-00097-JWS-JDR   Document 90   Filed 02/25/2008   Page 3 of 3