IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WILKINS FURMENT | ) |
| Defendant. | ) CASE NO: A05-097 CR (JWS) |

**<u>ORDER</u>**

     Defendant, Wilkins Furment, having moved for an unopposed motion for continuance until March 25, 2008.

     IT IS ORDERED that such Motion is granted and that the defendant's affidavit is due on or before March 25, 2008.

     DATED this \_\_\_\_ day of February, 2008.

                                          _____
                                            JOHN D. ROBERTS
                                         U.S. MAGISTRATE JUDGE

9570\505