IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILKINS FURMENT )<br>Defendant. )<br>_____ ) | <br><br><br><br><br><br><br>CASE NO: A05-097 CR (JWS) |

### ORDER

     Defendant, Wilkins Furment, having moved for a motion for continuance until April 30, 2008.

     IT IS ORDERED that such Motion is granted and that the defendant's affidavit is due on or before April 30, 2008.

     DATED this ____ day of April, 2008.

                                       _____
                                           JOHN D. ROBERTS
                                        U.S. MAGISTRATE JUDGE

9570\509