NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907 271-1500 (fax)
Frank.Russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>WILKINS FURMENT,<br><br>               Defendant. | Case No. 3:05-cr-00097-JWS<br><br>OPPOSITION TO DEFENDANT'S MOTION TO VACATE |

COMES NOW the United States of America, by and through undersigned counsel, and files this opposition to the defendant's "brief on the merits", filed at docket 100.

At docket 95, the defendant filed a motion almost identical to this one. At docket 97, the United States filed its opposition to the defendant's motion, requesting that it be denied without an evidentiary hearing. Because the United States already addressed the substantive issues raised by the defendant in its response at docket 97, the United States will rely upon that filing in opposition to the defendant's filing at docket 100.

RESPECTFULLY SUBMITTED this 23rd day of June, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907 271-1500 (fax)
Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on June 23, 2008, via ECF:

Hugh Fleischer, Esq.

Executed at Anchorage, Alaska, on June 23, 2008.

 s/Frank V. Russo
Office of the U.S. Attorney